## PEOPLE v. COLEMAN.

The case of The People v. Wallace (9 Cal. R., 30) affirmed.

APPEAL from the District Court of the Fifteenth Judicial District, County of Butte.

The defendant, John Coleman, was indicted, tried, and convicted of the crime of manslaughter. The body of the indictment is as follows :

" John Coleman is accused by the grand jury of the county of Butte, by this indictment, of the crime of manslaughter, committed as follows :

" The said John Coleman, on or about the second day of June, in the year of our Lord one thousand eight hundred and fifty-seven, at a place known and recognized as the town of Oroville, in the county of Butte aforesaid, and before the finding of this indictment, did unlawfully, willfully, and feloniously, strike, kick, stamp, beat, and bruise, one James Chase, to wit, in, upon, and about the breast, body, head, neck, and arms, of the said James Chase, and by said striking, kicking, stamping, beating, and bruising, of the said James Chase, the said John Coleman did, then and there, unlawfully, willfully, and feloniously, kill the said James Chase, against the form of the statutes, and against the peace of the people of this State, the government and dignity of the same."

Defendant's counsel moved for a new trial, and in arrest of judgment, both of which motions were overruled, and defendant excepted. It does not appear that either of the motions were based upon the ground of defect in the body of the indictment. Defendant appealed.

No briefs in the record.

TERRY, C. J., delivered the opinion of the Court—FIELD, J., concurring.

Judgment reversed, and cause remanded for further proceedings, on the authority of People v. Wallace, (9 Cal., 31.)